No. 632. BRADY *v.* UNITED STATES ET AL.

Argued May 4, 1931. Decided May 18, 1931. *Per Curiam:* The decree of dismissal by the specially constituted District Court is affirmed. *Standard Oil Company (Indiana)* v. *United States, ante,* p. 235; *United States* v. *Louisville & Nashville R. Co.,* 235 U. S. 314, 320; *Interstate Commerce Comm.* v. *Delaware, Lackawanna & Western R. Co.,* 220 U. S. 235, 251; *Interstate Commerce Comm.* v. *Illinois Central R. Co.,* 215 U. S. 452, 470; *Baltimore & Ohio R. Co.* v. *United States ex rel. Pitcairn Coal Co.,* 215 U. S. 481, 494. *Mr. George T. Bell,* with whom *Mr. Samuel T. Spears* was on the brief, for appellant. *Solicitor General Thacher, Assistant to the Attorney General O'Brian, Mr. Charles H. Weston,* Special Assistant to the Attorney General, and *Messrs. Daniel W. Knowlton,* Chief Counsel, and *E. M. Reidy,* Assistant Chief Counsel, Interstate Commerce Commission, *Charles R. Webber* and *Eugene S. Williams,* were on the brief for the United States et al.